UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IGNACIO SANCHEZ-SALAS
  Plaintiff,
V.

CIVIL ACTION
NO. 1:19-cv-11889- PBS

MARCO CHARLES, et al,
  Defendants,

## ORDER OF ADMINISTRATIVE STAY/CLOSING

SARIS, C.J.

It is hereby ORDERED that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of the proceedings before the Immigration Court.

By the Court,

11/19/2019
Date

/s/ Miguel A. Lara
Deputy Clerk